## DEPARTMENT OF PUBLIC HEALTH *v.* THEODORE LENCZYK

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 932 (AC 16472), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

NORCOTT and MCDONALD, Js., did not participate in the consideration or decision of this petition.

*Max F. Brunswick,* in support of the petition.

*Felicia R. Suggs,* assistant attorney general, in opposition.

Decided March 25, 1998

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.